

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00858-CV

**IN THE INTEREST OF D.M.**, et al., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01692
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the portion of the trial court's judgment terminating appellant Tina Medellin's parental rights to C.G., Jr., S.M., R.M., and J.R. is REVERSED and judgment is RENDERED denying the State's petition to terminate Tina Medellin's parental rights. In all other respects, the judgment of the trial court is AFFIRMED.

SIGNED May 27, 2015.

_____
Rebeca C. Martinez, Justice